1078

No. 97–951.   DUPRE ET AL. v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 97–964.   SCHELKLE v. UNITED STATES.   C. A. Armed Forces.   Certiorari denied.

No. 97–6107.   WILSON v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 97–6243.   BUSH v. WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 97–6255.   AYBAR v. CRISPIN-REYES ET AL.; and
No. 97–6256.   MORALES LABOY v. CRISPIN-REYES ET AL. C. A. 1st Cir.   Certiorari denied.   Reported below: 118 F. 3d 10.

No. 97–6259.   MCBRIDE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 97–6343.   ZANKICH v. SANTOS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 97–6375.   PETERSON v. INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 97–6436.   CARPENTER v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 97–6472.   MOORE v. ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 97–6684.   RICHARDSON v. SOUTHERN UNIVERSITY ET AL. C. A. 5th Cir.   Certiorari denied.

No. 97–6685.   STRICKLAND v. NORTH CAROLINA.   Sup. Ct. N. C. Certiorari denied.

No. 97–6686.   SHEEHAN v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA.   C. A. 9th Cir.   Certiorari denied.

No. 97–6687.   WILSON v. EVANS, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.